UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ZACHARY WHALEY,
    a/k/a "drew_4881,"
    a/k/a "Alex,"

**INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**COUNT 1**
(Sexual Exploitation of a Child)

Between on or about January 1, 2025, and on or about January 27, 2025, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

ZACHARY WHALEY,
a/k/a "drew_4881,"
a/k/a "Alex,"

employed, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means or facility of interstate or foreign commerce, and that the visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and that

such visual depictions were actually transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce.

Specifically, ZACHARY WHALEY employed, persuaded, induced, and enticed Minor 1, who was less than 18 years old, to record photos and videos of herself that included masturbation and the lascivious display of Minor 1's vagina.

ZACHARY WHALEY employed, persuaded, induced, and enticed Minor 1 by means of a wireless cellular communications network, the internet, and the iMessage messaging service. Minor 1 transmitted the visual depictions of sexually explicit conduct to ZACHARY WHALEY over a wireless cellular communications network, the internet, and the iMessage messaging service.

Minor 1 produced the visual depictions of sexually explicit conduct using an Apple iPhone 12 mini. ZACHARY WHALEY received, saved, reproduced, and possessed the visual depictions of sexually explicit conduct on a 256GB "Tough" SD card and on a 32GB "Tough" SD card. Each of these devices was manufactured outside the State of Michigan.

18 U.S.C. § 2251(a) and (e)

**COUNT 2**
(Sexual Exploitation of a Child)

Between on or about August 1, 2025, and on or about September 8, 2025, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

ZACHARY WHALEY,
a/k/a "drew_4881,"
a/k/a "Alex,"

employed, persuaded, induced, and enticed a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means or facility of interstate or foreign commerce, and that the visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and that such visual depictions were actually transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce.

Specifically, ZACHARY WHALEY employed, persuaded, induced, enticed, and Minor 2, who was less than 18 years old, to record photos and videos of herself that included masturbation and the lascivious display of Minor 2's vagina.

ZACHARY WHALEY employed, persuaded, induced, enticed, and Minor 2 by means of a wireless cellular communications network and the internet, by means of the applications Snapchat and Telegram, and by means of an Amazon purchasing account. Minor 2 transmitted the visual depictions of sexually explicit conduct to ZACHARY

WHALEY over a wireless cellular communications network and the internet, and by means of the applications Snapchat and Telegram.

18 U.S.C. § 2251(a) and (e)

## **FORFEITURE ALLEGATION**
(Sexual Exploitation of a Child)

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251, as charged in Counts 1 and 2,

ZACHARY WHALEY,
a/k/a "drew_4881,"
a/k/a "Alex,"

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including, but not limited to, the following property:

- An Apple iPhone;
- An Apple MacBook;
- An Apple iPad;
- A 256GB "Tough" SD card;
- An 8GB Black MicroSD Card;
- A 16 GB Blue/Gray Lexar MicroSD Card; and
- A 32 GB "Tough" SD Card.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney